JS 6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID E. WHITE COMPANY, INC., a corporation d/b/a TRINITY FRUIT SALES CO.; E.J.'S PRODUCE, INC., a corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JULIO C. NIEVAS, an individual; EDGAR P. BARAJAS, an individual, JULISA NIEVAS-BARAJAS aka JULIE NIEVAS-BARAJAS, an individual; PREMIER FRESH, a sole proprietorship of EDGAR P. BARAJAS,<br><br>　　　　　　Defendants.<br>_____<br><br>NATIONAL COMMERCIAL RECOVERY, INC. a California corporation d/b/a BLAIR SMITH and ASSOCIATES,<br><br>　　　　　Intervening Plaintiff.<br>_____ | CASE NO. CV 12-02347 DSF (SPx)<br><br>HON. DALE S. FISCHER<br><br>**ORDER FOR DISMISSAL** |

-1-

**Order for Dismissal**

Having read and considered Plaintiff-Intervenor, NATIONAL COMMERCIAL RECOVERY, INC., d/b/a BLAIR SMITH and ASSOCIATES, and Defendants EDGAR P. BARAJAS, JULISA NIEVAS-BARAJAS aka JULIE NIEVAS-BARAJAS, and PREMIER FRESH's stipulation for dismissal, and all pleadings and exhibits already on file with this court, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is dismissed as against Defendants EDGAR P. BARAJAS, JULISA NIEVAS-BARAJAS aka JULIE NIEVAS-BARAJAS, and PREMIER FRESH, in its entirety, with prejudice. Each party to bear his/her/its own costs and attorney fees.

IT IS SO ORDERED:

Dated: 11/15/13

*Dale S. Fischer*

U.S. District Court Judge

-1-

**Order for Dismissal**